**MORGANTI NATIONAL, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5109.

United States Court of Appeals,
Federal Circuit.

June 7, 2002.

Before LINN, Circuit Judge, PLAGER, Senior Judge and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.